On petition for review filed March 4, 1998, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration September 30, 1999

STATE OF OREGON,
*Petitioner on Review,*

*v.*

WILLIAM JOHN DONAHUE,
*Respondent on Review.*

(CC C9502-31026; CA A90121; SC S45084)

987 P2d 480

Jonathan H. Fussner, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, and Leeson, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Edson*, 329 Or 127, 985 P2d 1253 (1999).

---

** Van Hoomissen, Kulongoski, and Riggs, JJ., did not participate in the consideration or decision of this case.